32447. FIDELITY-PHENIX FIRE INSURANCE CO. *v.* BERRY.

FELTON, J. Where in an action on a fire-insurance policy the declaration alleges compliance with the terms of the policy as to the filing of a claim, which was prerequisite to the filing of the action on the policy, it was error for the court to direct a verdict for the plaintiff when there was no evidence as to such compliance with the terms of the policy. This is true even if there was evidence as to a waiver of such compliance, in the absence of an amendment to the petition setting forth such waiver. *Fidelity & Casualty Co.* v. *Gate City Nat. Bank,* 97 *Ga.* 634 (4) (25 S. E. 392); *New Zealand Fire Ins. Co.* v. *Brewer,* 29 *Ga. App.* 773 (116 S. E. 922), and cases cited.

The court erred in overruling the motion for a new trial.

*Judgment reversed. Sutton, C. J., and Parker, J., concur.*

DECIDED APRIL 22, 1949.

*W. W. Mundy Jr., Smith, Partridge, Field, Doremus & Ringel,* for plaintiff in error.

*J. V. Poole, Charles B. Teal,* contra.